MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MIGUEL A. GUTIERREZ,<br><br>    Defendant. | Case No. 5:25-po-00075-CDB<br><br>[Citations #E2091279, CA/14; #E2091282, CA/14]<br><br>MOTION TO AMEND LISTED COLLATERAL AMOUNTS ON CITATIONS |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to amend [Citations #E2091279, CA/14; #E2091282, CA/14] in Case No. 5:25-po-00075-CDB against MIGUEL A. GUTIERREZ, so that the listed total collateral amount is $230.00 for Citation #E2091279 and $180.00 for Citation #E2091282.

DATED: March 26, 2025                         Respectfully submitted,

                                               MICHELE BECKWITH
                                               Acting United States Attorney

                                      By:    /s/ *Chan Hee Chu*
                                                     CHAN HEE CHU
                                                     Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that [Citations #E2091279, CA/14; #E2091282, CA/14] in Case No. 5:25-po-00075-CDB against MIGUEL A. GUTIERREZ are amended to reflect the listed total collateral amount is reduced to $230.00 for Citation #E2091279 and reduced to $180.00 for Citation #E2091282. IT IS SO ORDERED.

Dated:   **March 27, 2025**

UNITED STATES MAGISTRATE JUDGE